# DECLARATION OF
# BETTI VANCE

I, Betti Vance do hereby declare under penalty of perjury as provided by federal law, that the following are true and correct statements:

1. That I am employed as a Legal Assistant in the office of the United States Attorney for the Southern District of Ohio in the Financial Litigation Unit.

2. That I am responsible for the collection file in the case of <u>United States v. Roger K. Berry</u>, Case No. CR-1-02-004-01, in which a special assessment in the amount of $100.00 and restitution in the total amount of $80,740.00 was ordered.

3. As of January 28, 2005, Roger K. Berry has made payments of $100.00 toward the special assessment leaving a balance due of $0.00 and payments of $1,586.84 toward the restitution, leaving a balance due of $79,053.16.

Dated this 28th day of January, 2005

*/s/ Betti Vance*
Betti Vance
Legal Assistant
Financial Litigation Unit
United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715