

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No

550 Main Street, Room 9000
Cincinnati, Ohio 45202
January 10, 2005


Honorable Gregory G. Lockhart
United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Attn: AUSA Deborah F. Sanders
      Betty Vance

RE: Roger Kent Berry, Court Case number CR-1-02-004.

Dear Ms. Sanders:

The Federal Bureau of Investigation (FBI), Cincinnati Division Forfeiture Unit, Cincinnati, Ohio, is currently in possession of property associated with the referenced subject. This property is more specifically described as follows:

1. $748.42 in U.S. Currency.

2. 1993 Ford Taurus, Vehicle Identification Number (VIN) 1FACP52U8PA299110.

Our office was advised that the United States Attorney's Office, Columbus, Ohio, was actively pursuing the disposal of the referenced property pursuant to a Court Ordered fine, and Restitution Order.

Your office is requested to advise the FBI-Cincinnati Forfeiture Unit of the status of this matter in United States District Court, Southern District of Ohio, Columbus, Ohio.

Please direct your reply and any questions, or concerns, regarding this matter, to our office, Attn: Forfeiture Investigator Gerald Williams, telephone number 513-421-4310.

Your cooperation in this matter is greatly appreciated.

Sincerely,

Stanley J. Borgia
Special Agent in Charge

By: *[signature]*
Michael E. Brooks
Chief Division Counsel