# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr004

vs

ROGER KENT BERRY

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    Jodi Perkins       Or    digital recording_____
Date:              8/13/08 @ 1:30

Attorney for USA:             *Richard Chema*
Attorney for Defendant:   Federal Public Defender  *Ransom Hudson*

✓ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing ___ Detention Hearing ___
    on _____

✓ Probable cause hearing held/(waived).  Defendant to appear before District Judge
  *Spiegel* for Probation Violation/supervised release hearing.

___ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   **FPD**

Remarks:
_____
_____
_____

[FILED 08 AUG 13 PM 4:9 JAMES BONINI CLERK U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI]