## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**UNITED STATES OF AMERICA**

-vs-                                                    **Case No.  CR-1-02-4 (1)**

**ROGER BERRY**

---

## ORDER OF DETENTION PENDING VIOLATION HEARING

In accordance with 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending a violation hearing before Judge Spiegel.

The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

### DIRECTIONS REGARDING DETENTION

**ROGER BERRY** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **ROGER BERRY** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   August 13, 2008

_____
TIMOTHY S. BLACK
UNITED STATES MAGISTRATE JUDGE