AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

          V.

ROGER BERRY

Case Number: 1:02-cr-00004(1)

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842<br>**DATE AND TIME**<br>SEPTEMBER 23, 2008 at 2:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser  
Kevin Moser  
Case Manager  
(513) 564-7620

cc: Ben Glassman, Esq., AUSA    C. Ransom Hudson, Esq.    USMS    Probation    Pretrial Services

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.