# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.   1:02-CR-004(1) |
| | : | |
| | : | **Judge Spiegel** |
| vs. | : | |
| | : | |
| | : | <u>**NOTICE OF APPEARANCE OF COUNSEL**</u> |
| **ROGER BERRY** | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

J. Richard Chema, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for the defendant in this case, C. Ransom Hudson, Esq., that he is entering his appearance as counsel for the United States in the above-captioned matter, and requests that service of all papers filed in this action be made upon him at the following address:

J. Richard Chema, United States Attorney's Office, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202.  Assistant United States Attorney Benjamin C. Glassman is not assigned to this case and further notification to him is not necessary.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

S/J. Richard Chema
J. RICHARD CHEMA (0030196)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Richard.Chema@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Notice of Appearance of Counsel* was served on this 21st day of August, 2008, via the Court's CM/ECF system, upon C. Ransom Hudson, Esq., Counsel for Defendant.

                                              s/J. Richard Chema
                                              J. RICHARD CHEMA (0030196)
                                              Assistant United States Attorney